IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROBERT RALPH DIPIETRO, | * |
| Plaintiff, | * |
| vs. | * |
| NINA COOPER, *et al.*, | * |
| Defendants. | * |

CASE NO. 4:19-CV-113 (CDL)

O R D E R

Presently pending before the Court is Plaintiff's response in opposition to the Magistrate Judge's order denying Plaintiff's motion to appoint an expert (ECF No. 56), which the Court construes as an appeal of the Magistrate's order. Under 28 U.S.C. § 636(b)(1)(A), the Court may designate a Magistrate to hear and determine any pretrial matter except certain enumerated matters. If the Magistrate determines a pretrial matter, the district judge "may reconsider" that decision "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." *Id.*

Here, Plaintiff filed his motion to appoint expert (ECF No. 52) on June 22, 2021—months after discovery closed, months after Defendants filed their summary judgment motion, months after the Clerk of the Court informed Plaintiff that he must respond to the summary judgment motion with evidence to contradict the

material facts, months after Plaintiff filed his response to the summary judgment motion, and nearly a month after the Magistrate filed a report and recommendation on Defendants' summary judgment motion. The only explanation Plaintiff offers for his delay in seeking an expert is his pro se status. Plaintiff's pro se status does not excuse him from complying with the Court's scheduling requirements. Under these circumstances, the Magistrate's decision to deny the motion to appoint expert was not clearly erroneous or contrary to law. Accordingly, the Magistrate's decision to deny Plaintiff's motion to appoint expert is AFFIRMED.

IT IS SO ORDERED, this 22nd day of July, 2021.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA