IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROBERT RALPH DIPIETRO,           *

    Plaintiff,                   *

vs.                              *
                                CASE NO. 4:19-CV-113 (CDL)

NINA COOPER, *et al.*,           *

    Defendants.                  *

_____

O R D E R

    After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 26, 2021 is hereby approved, adopted, and made the Order of the Court.

    The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

    IT IS SO ORDERED, this 4th day of August, 2021.

                                   S/Clay D. Land
                                   CLAY D. LAND
                                   U.S. DISTRICT COURT JUDGE
                                   MIDDLE DISTRICT OF GEORGIA